ACCEPTED
01-14-01027-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 10:03:49 AM
CHRISTOPHER PRINE
CLERK

No. 01-14-01027-CV

_____

# In the
# First Court of Appeals
# Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 10:03:49 AM
CHRISTOPHER A. PRINE
Clerk

_____

ARNOLD GOFFE,

Appellants,

v.

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE AS SUCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACK-CERTIFICATES, SERIES 2005-HE11,

Appellee.

_____

On Appeal from the 334th District Court of
Harris County, Texas, Cause No. 2013-77133
Hon. Grant Dorfman

_____

## APPELLANT'S MOTION FOR DISMISSAL OF APPEAL
_____

Anh Thu Dinh
Texas Bar No. 24071480
THE LANE LAW FIRM
6200 Savoy, Suite 1150
Houston, Texas 77036
[Tel.] (713) 595-8200
[Fax] (713) 595-8201
Anhthu.dinh@lanelaw.com

ATTORNEYS FOR APPELLANT ARNOLD GOFFE

1

TO THE HONORABLE FOURTEENTH COURT OF APPEALS

Please be advised that Appellant Arnold Goffe hereby moves to dismiss his appeal in this matter against U.S. Bank National Association, as trustee as successor by merger to LaSalle Bank, National Association, as trustee for certificateholders of Bear Sterans Asset Back Securities I LLC, Assert Back-Certificates, series 2005 HE11, pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). This Motion disposes of this action in its entirety.

The docket clerk is requested to enter this notice into the minutes of the Court.

Respectfully submitted,

*/s/ Anh Thu Dinh*
Anh Thu Dinh
Texas Bar No. 24071480
THE LANE LAW FIRM
6200 Savoy, Suite 1150
Houston, Texas 77036
[Tel.] (713) 595-8200
[Fax] (713) 595-8201
Anhthu.dinh@lanelaw.com
**ATTORNEY FOR ARNOLD GOFFE**

## <u>CERTIFICATE OF SERVICE</u>

As required by Rules 6.3 and 9.5 of the Texas Rules of Appellate Procedure, I certify that I have served this document on all parties listed below on this 23rd day of March 2015 by facsimile:


Michael F. Hord, Jr.
State bar No. 00784294
Hirsch & Westheimer, P.C.
700 Louisiana, 25th Floor
Houston, TX 77002
(713) 223-5181 – Telephone
(713) 223-9319 – Facsimile
**ATTORNEY FOR U.S. BANK**


*/s/ Anh Thu Dinh*
Anh Thu Dinh
Anhthu.dinh@lanelaw.com